UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re: WAYNE KRYGIER | § | Case No. 2:19-bk-17932 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert E. Atkinson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                    Assets Exempt:  $900.00
*(without deducting any secured claims)*

Total Distribution to Claimants:  $4,972.41        Claims Discharged
                                                    Without Payment:  $10,867,518.05

Total Expenses of Administration:  $10,255.08

---

3) Total gross receipts of $15,227.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,227.49 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,441.83 | 10,255.08 | 10,255.08 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 34,562.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,244,524.24 | 10,623,209.22 | 3,692,584.22 | 4,972.41 |
| **TOTAL DISBURSEMENTS** | **$8,279,086.24** | **$10,625,651.05** | **$3,702,839.30** | **$15,227.49** |

    4)  This case was originally filed under Chapter 7 on 12/16/2019. The case was pending for 17 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/10/2021                By:  /s/ Robert E. Atkinson
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK AND INTERESTS IN BUSINESSES | 1129-000 | 14,999.00 |
| UNCLAIMED FUNDS | 1229-000 | 227.49 |
| UNSCHEDULED CLAIMS, IF ANY | 1229-000 | 1.00 |
| TOTAL GROSS RECEIPTS | | $15,227.49 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL SECURED CLAIMS | | | N/A | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert E. Atkinson, Trustee | 2100-000 | N/A | 2,272.75 | 2,272.75 | 2,272.75 |
| Robert E. Atkinson, Trustee | 2200-000 | N/A | 51.25 | 51.25 | 51.25 |
| Signature Bank | 2600-000 | N/A | 117.83 | 117.83 | 117.83 |
| ATKINSON LAW ASSOCIATES LTD. | 3110-000 | N/A | 0.00 | 7,324.00 | 7,324.00 |
| ATKINSON LAW ASSOCIATES LTD. | 3120-000 | N/A | 0.00 | 114.25 | 114.25 |
| PAUL M. HEALEY & SONS CPAS LTD. | 3310-000 | N/A | 0.00 | 375.00 | 375.00 |
| TOTAL CHAPTER 7 ADMIN. FEES and CHARGES | | N/A | $2,441.83 | $10,255.08 | $10,255.08 |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS | 5800-000 | 34,562.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $34,562.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GSFNT Recovery Fund LLC c/o Brian Evans | 7100-000 | 1,059,433.00 | 1,705,939.43 | 1,705,939.43 | 2,297.21 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 5,185.00 | 6,644.79 | 6,644.79 | 8.95 |
| 3 | Yakov Hefetz | 7100-000 | N/A | 3,458,125.00 | 0.00 | 0.00 |
| 4 | Yakov Hefetz | 7100-000 | N/A | 1,980,000.00 | 1,980,000.00 | 2,666.25 |
| 5 | Yakov Hefetz | 7100-000 | N/A | 3,472,500.00 | 0.00 | 0.00 |
| NOTFILED | AFNI, Inc. | 7100-000 | 153.24 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CJ Barahi, Esq. | 7100-000 | 3,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Herbert Frye | 7100-000 | 3,000,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jacob Hefetz | 7100-000 | 300,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Janice Krygier | 7100-000 | 3,875,883.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Plus Four Inc. | 7100-000 | 217.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sequum Asset Mgmt | 7100-000 | 153.00 | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $8,244,524.24 | $10,623,209.22 | $3,692,584.22 | $4,972.41 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 19-17932 BTB | Trustee: | Robert E. Atkinson |
|---|---|---|---|
| Case Name: | WAYNE KRYGIER | Filed (f) or Converted (c): | 12/16/19 (f) |
| | | §341(a) Meeting Date: | 01/17/20 |
| Period Ending: | 05/10/21 | Claims Bar Date: | 09/08/20 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WEARING APPAREL<br>Ordinary Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 2 | FURS AND JEWELRY<br>Watches, Ring | 200.00 | 0.00 | | 0.00 | FA |
| 3 | FINANCIAL ACCOUNTS<br>Checking Us Bank (account ending in 1983) | 200.00 | 0.00 | | 0.00 | FA |
| 4 | STOCK AND INTERESTS IN BUSINESSES<br>Waycorp. LLC (100%) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | STOCK AND INTERESTS IN BUSINESSES (u)<br>Waycorp LLC | 0.00 | 0.00 | | 0.00 | FA |
| 6 | STOCK AND INTERESTS IN BUSINESSES (u)<br>10% interest in Spring Spa LLC, fka The Spring Resort & Spa LLC | 0.00 | 0.00 | | 14,999.00 | FA |
| 7 | DEATH BENEFIT PLAN, LIFE INSURANCE, OR TRUST<br>WK 207 Revocable Trust | 0.00 | 0.00 | | 0.00 | FA |
| 8 | UNSCHEDULED CLAIMS, IF ANY (u)<br>Any claims and causes of action, if they exist. | 0.00 | 0.00 | | 1.00 | FA |
| 9 | UNCLAIMED FUNDS (u)<br>Nevada Unclaimed funds | 0.00 | 227.49 | | 227.49 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$900.00** | **$227.49** | | **$15,227.49** | **$0.00** |

**Major activities affecting case closing:**
Asset: 10% interest in Spring Spa LLC, fka The Spring Resort & Spa LLC

1/4/2021 - Order entered approving application for compensation for accountant [DE #75]
12/9/2020: Order entered approving employment of accountant [DE #68]
11/18/2020 - Order sustaining Trustee's objection to Claim 3 and 5 entered. [DE #64]
10/14/2020 - filed objection to Claim 3 [de 57]
9/30/2020 - Order granting Application for Compensation for Atkinson Law Associates  [de 54]
8/19/2020 - Filed Application for Compensation for Atkinson Law Associates.
6/30/2020: waiting for POC deadline (9/8/2020).
6/26/2020 - Picked up $15,000 check from Greene Infuso.
6/18/2020: order entered granting motion to sell [DE 44]
6/3/2020: filed NOA; POC deadline 9/8/2020 [DE 42]
5/11/2020: filed motion to sell personal property [DE 36]
3/30/2020: order granting app to employ counsel [DE 30]
3/27/2020: filed ex parte app to employ counsel [DE 26]

**FORM 1**     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 2

**Initial Projected Date of Final Report (TFR):** December 20, 2021     **Current Projected Date of Final Report (TFR):** January 18, 2021 (Actual)

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 19-17932 BTB | | Trustee: | Robert E. Atkinson |
| --- | --- | --- | --- | --- |
| Case Name: | WAYNE KRYGIER | | Bank Name: | Signature Bank |
| | | | Account: | ******0581 - Checking |
| Taxpayer ID#: | **-***0518 | | Blanket Bond: | $62,224,086.00 (per case limit) |
| Period Ending: | 05/10/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 06/26/20 | | Greene Infuso, LLP | Gross sale proceeds received, per sale order DE 44. | | | 15,000.00 | | 15,000.00 |
| 06/26/20 | Asset #6 | Greene Infuso, LLP | Portion of sale relating to 10% interest in The Spring Spa, LLC | 14,999.00 | 1129-000 | | | 15,000.00 |
| 06/26/20 | Asset #8 | Greene Infuso, LLP | Portion of sale relating to any and all claims that the Seller may have against Debtor or Orly Abrahamy, if any so exist. | 1.00 | 1229-000 | | | 15,000.00 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 14,995.00 |
| 07/15/20 | Asset #9 | State of Nevada, Office of the Controller | Payment for Unclaimed Funds | | 1229-000 | 227.49 | | 15,222.49 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 24.95 | 15,197.54 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 25.10 | 15,172.44 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 24.25 | 15,148.19 |
| 10/01/20 | 1001 | ATKINSON LAW ASSOCIATES LTD. | Allowed and paid per court order DE #54 | | 3110-000 | | 7,324.00 | 7,824.19 |
| 10/01/20 | 1002 | ATKINSON LAW ASSOCIATES LTD. | Allowed and paid per court order DE #54 | | 3120-000 | | 114.25 | 7,709.94 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 13.12 | 7,696.82 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 12.72 | 7,684.10 |

Form 2 — Exhibit 9
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 19-17932 BTB | | Trustee: | Robert E. Atkinson |
| --- | --- | --- | --- | --- |
| Case Name: | WAYNE KRYGIER | | Bank Name: | Signature Bank |
| | | | Account: | ******0581 - Checking |
| Taxpayer ID#: | **-***0518 | | Blanket Bond: | $62,224,086.00 (per case limit) |
| Period Ending: | 05/10/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 12.69 | 7,671.41 |
| 04/06/21 | 1003 | Robert E. Atkinson, Trustee | Dividend of 100.000000000%. | 2100-000 | | 2,272.75 | 5,398.66 |
| 04/06/21 | 1004 | Robert E. Atkinson, Trustee | Dividend of 100.000000000%. | 2200-000 | | 51.25 | 5,347.41 |
| 04/06/21 | 1005 | PAUL M. HEALEY & SONS CPAS LTD. | Dividend of 100.000000000%. | 3310-000 | | 375.00 | 4,972.41 |
| 04/06/21 | 1006 | GSFNT Recovery Fund LLC c/o Brian Evans | Dividend of 0.134659352%, Claim No.1. | 7100-000 | | 2,297.21 | 2,675.20 |
| 04/06/21 | 1007 | Capital One Bank (USA), N.A. | Dividend of 0.134659352%, Claim No.2. | 7100-000 | | 8.95 | 2,666.25 |
| 04/06/21 | 1008 | Yakov Hefetz | Dividend of 0.134659352%, Claim No.4. | 7100-000 | | 2,666.25 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | 15,227.49 | 15,227.49 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 15,227.49 | 15,227.49 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,227.49** | **$15,227.49** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******0581 | 15,227.49 | 15,227.49 | 0.00 |
| | $15,227.49 | $15,227.49 | $0.00 |