NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                              BK−19−17932−btb
CHAPTER 7

WAYNE KRYGIER

                              Debtor(s)                  FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that ROBERT E. ATKINSON is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 5/25/21

*Mary A Schott*

Mary A. Schott
Clerk of Court